TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00516-CV

Reagan National Advertising of Austin, Inc. and Brown Land Management, Appellants

v.

Joseph P. Goodson, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 95-081-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING 

PER CURIAM

 Appellee Joseph P. Goodson and appellants Reagan National Advertising of Austin, Inc.,
and Brown Land Management move this Court to dismiss the appeal. We grant the motion.

 We dismiss the appeal. Tex. R. App. P. 42.1.

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Agreed Motion

Filed: May 29, 1998

Do Not Publish